**Form 726**[Deficiency Notice]

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

In re:
    Randy K Cochrane and Suzanne L. Cochrane
        Debtor(s).

Case No. 11−26048 JTM
Chapter 7

## DEFICIENCY NOTICE

    The Chapter 7 Petition filed with the Court on 4/26/11 was not accompanied by lists, schedules, statements or other documents required by the United States Bankruptcy Code. Federal Rules of Bankruptcy Procedure 1007 and 2016 set forth specific papers that are required to be filed with the Court.

    **By the due date(s) specified below,** you must file the papers listed below with the Clerk of Court, United States Bankruptcy Court, 350 South Main Street, Room 301, Salt Lake City, Utah 84101. If you feel you are not required to file the listed papers, you may file an explanation of why the papers are not required, or, if grounds exist, a motion to extend the time for filing the missing papers and proposed order. Failure to timely comply may cause your case to be dismissed as described below.

    DEFICIENCY NOTICE. MISSING PAPERS REQUIRED TO BE FILED: Chapter 7 Means Test, Payment Advices/Evidences of Payment, Statement of Affairs and Schedules, Summary of Schedules, Statistical Summary of Certain Liabilities, Incomplete Filings due by 5/10/2011. (blh)

    If you fail to file all of the missing papers specified above by the date(s) indicated, the United States Trustee or a party in interest may file a motion and schedule a hearing to seek dismissal of your case for unreasonable delay.

> ### IMPORTANT – YOUR RIGHTS MAY BE AFFECTED:
>
> If you fail to file all of the missing papers specified above within **45 days** after the filing of your bankruptcy petition, your case may be **automatically dismissed** without further notice or hearing. 11 U.S.C. § 521(i)

Dated: April 27, 2011

                              David A. Sime
                              Clerk of Court

United States Bankruptcy Court
District of Utah

In re:
Randy K Cochrane
Suzanne L. Cochrane
    Debtors

Case No. 11-26048-JTM
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 1088-2       User: blh            Page 1 of 1            Date Rcvd: Apr 27, 2011
                           Form ID: f726        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2011.
db/jdb     +Randy K Cochrane,    Suzanne L. Cochrane,    2881 Palma Way,    SLC, UT 84121-7004
aty        +Scott B. Mitchell,    2469 East 7000 South,    Suite 204,    Salt Lake City, UT 84121-3370

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 29, 2011**                    **Signature:** _Joseph Speetjens_